1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8

9   JOHN STEVEN OLAUSEN,                    )
                                            )
10            Petitioner,                   )        3:10-cv-0388-LRH-RAM
                                            )
11   vs.                                    )
                                            )        **ORDER**
12   JAMES BENEDETTI, *et al*,              )
                                            )
13            Respondents.                  )
     _____/

14

15        Petitioner, a state prisoner, is proceeding *pro se* in this habeas corpus petition pursuant to 28

16   U.S.C. § 2254.  As previously explained in this court's order of January 14, 2010, (docket #18) in

17   *John Steven Olausen v. James Benedetti*, 3:08-cv-00527-LRH-RAM, petitioner has filed multiple

18   prior habeas corpus actions in this court, challenging the same conviction.  *See* 3:01-cv-00499-ECR-

19   RAM, 3:05-cv-00631-LRH-RAM, 3:06-cv-00069-PMP-VPC, and 3:06-cv-00257-LRH-VPC.  The

20   present petition challenges the same conviction previously challenged in these earlier petitions and

21   raises legal issues previously addressed.   The court therefore finds that this is a second or successive

22   petition.

23        Under AEDPA's"gatekeeping" provisions, an applicant seeking to file a second or successive

24   petition must obtain from the appropriate court of appeals an order authorizing the district court to

25   consider the application. A court of appeals may grant such an order only if:

26        (A) the applicant shows that the claim relies on a new rule of constitutional law made
             retroactive to cases on collateral review by the Supreme Court, that was previously
27           unavailable; or

28        (B)(I)   the factual predicate for the claim could not have been discovered

1    previously through the exercise of due diligence; and

2        (ii)   the facts underling the claim, if proven and viewed in the light of the
     evidence as a whole, would be sufficient to establish by clear and

3    convincing evidence that, but for constitutional error, no reasonable
     fact finder would have found the applicant guilty of the underlying

4    offense.

5    28 U.S.C. § 2244(b)(2)(A)-(B).  Petitioner has not provided the court with an order authorizing this

6    court to consider the present petition.  Accordingly, the court will not do so.

7        **IT IS THEREFORE ORDERED** that the Clerk of the Court shall **FILE** the petition.

8    (Docket #1-1.)

9        **IT IS FURTHER ORDERED** that this petition for writ of habeas corpus is **DISMISSED**

10   without prejudice as an unauthorized second or successive petition.  The Clerk of the Court is

11   directed to enter judgment for respondents and close this case.

12

13       DATED this 10th day of August, 2010.

14

15

16

17       LARRY R. HICKS
         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2