AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\* DISTRICT OF   NEVADA

JOHN STEVEN OLAUSEN,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:10-CV-00388-LRH-RAM**

JAMES BENEDETTI, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this petition for writ of habeas corpus is DISMISSED without prejudice as an unauthorized second or successive petition. Judgment is entered in favor of respondents and against petitioner.


  August 12, 2010                                       **LANCE S. WILSON**
                                                                                      Clerk


                                                                     /s/ Katie Lynn Ogden
                                                                         Deputy Clerk